No. 684. John E. Hartenbower et al. *v.* People of the State of Illinois. Error to the Supreme Court

of the State of Illinois. Motion to dismiss submitted January 20, 1919. Decided January 27, 1919. *Per Curiam.* Dismissed for want of jurisdiction, upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, 39 Stat. 726. *Mr. Harry C. Kinne* for plaintiffs in error. *Mr. Edward J. Brundage* and *Mr. James H. Wilkerson* for defendant in error.

---

No. ——. Original. *Ex parte:* IN THE MATTER OF ROBERT D. KINNEY, PETITIONER. Submitted January 20, 1919. Decided January 27, 1919. Motion for leave to file petition for a writ of mandamus herein denied. *Mr. Robert D. Kinney pro se.*